UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN I. BANDAK,<br>      Plaintiff, | )<br>)<br>) |
| vs. | )    1:06-cv-1622-LJM-JMS<br>) |
| THE ELI LILLY AND COMPANY<br>RETIREMENT PLAN, and THE<br>EMPLOYEE BENEFITS COMMITTEE<br>OF THE ELI LILLY AND COMPANY<br>RETIREMENT PLAN,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF JUDGMENT

Through an Order dated September 8, 2008, the Court granted Plaintiff's, Stephen I. Bandak ("Plaintiff"), Motion for Summary Judgment and denied Defendants', the Eli Lilly and Company Retirement Plan and the Employee Benefits Committee of the Eli Lilly and Company Retirement Plan (collectively, "Defendants"), Motion for Summary Judgment. The Court concluded that Defendants wrongfully offset Plaintiff's retirement benefits in violation of the Employment Retirement Insurance Security Act, 29 U.S.C. § 1132(a)(1)(B).

Pursuant to the Court's Order dated February 11, 2009, on Plaintiff's Motion for Entry of Final Judgment and for Attorneys' Fees, judgment is hereby **ENTERED** in favor of Plaintiff and against Defendants on Plaintiff's claims under § 1132(a)(1)(B) in the amount of $100,222.86, plus prejudgment interest in the amount of $4,637.69.  In addition, Defendants are hereby **ENJOINED** from reducing Plaintiff's future benefits under the Lilly Plan by amounts paid to Plaintiff from his UK Pension Plan.  Finally, judgment is hereby

**ENTERED** in favor of Plaintiff and against Defendants for Plaintiff's attorneys fees incurred in this matter in the amount of $89,612.00.

DATED this 11th day of February, 2009.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distributed to:

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Laurie E. Martin
HOOVER HULL LLP
lmartin@hooverhull.com

John W. Purcell
BAKER & DANIELS LLP
john.purcell@bakerd.com

Paul A. Wolfla
BAKER & DANIELS LLP
paul.wolfla@bakerd.com