UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEPHEN I. BANDAK,<br>        Plaintiff, | )<br>)<br>) | |
| vs. | ) | 1:06-cv-1622-LJM-JMS |
| | ) | |
| THE ELI LILLY AND COMPANY<br>RETIREMENT PLAN, and THE<br>EMPLOYEE BENEFITS COMMITTEE<br>OF THE ELI LILLY AND COMPANY<br>RETIREMENT PLAN,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

This matter comes before the Court on plaintiff's, Stephen I. Bandak ("Plaintiff"), Motion for Attorneys' Fees ("Motion"). On February 10, 2009, the Court granted Plaintiff's Motion for Entry of Final Judgment and for Attorneys' Fees. On February 11, 2009, the Court entered judgment against defendants, the Eli Lilly and Company Retirement Plan and the Employee Benefits Committee of the Eli Lilly and Company Retirement Plan ("Defendants"). That judgment included an amount for attorneys' fees that Plaintiff had incurred as of November 2008.

In this Motion, Plaintiff requests that the Court enter judgment against Defendants in the amount of $5,233.00 for attorneys' fees that Plaintiff incurred in December 2008 and January 2009. Specifically, Plaintiff requests fees related to his attorneys' analysis of Defendants' Brief in Support and for the preparation of Plaintiff's Reply Brief and Attorneys' fees information he filed with the Court on January 12, 2009, almost one month before the Court entered judgment in this matter.

The Court concludes that Plaintiff's Motion for Attorneys' Fees is untimely. Plaintiff had ample opportunity to supplement his attorneys' fees documentation that he filed with the Court to include the fees he incurred in December 2008, and January 2009. Plaintiff could have either inserted the updated figures in his Reply Brief or supplemented his attorneys' fees documentation after he filed his reply brief but before the Court issued its Order on Plaintiff's Motion for Entry of Final Judgment and for Attorneys' Fees. Accordingly, the Court **DENIES** Plaintiff's Motion for Attorneys' Fees.

IT IS SO ORDERED this 6th day of March, 2009.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Don R. Hostetler
HOOVER HULL LLP
dhostetler@hooverhull.com

Andrew W. Hull
HOOVER HULL LLP
awhull@hooverhull.com

Laurie E. Martin
HOOVER HULL LLP
lmartin@hooverhull.com

John W. Purcell
BAKER & DANIELS LLP
john.purcell@bakerd.com

Paul A. Wolfla
BAKER & DANIELS LLP
paul.wolfla@bakerd.com